**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.  7:21-CV-0012 |
| | § | |
| 2.659 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN STARR COUNTY, | § | |
| STATE OF TEXAS; AND GLORIA | § | |
| RODRIGUEZ A/K/A GLORIA IRENE | § | |
| RODRIGUEZ, ET AL., | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

## COMPLAINT IN CONDEMNATION

1.      This is a civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for the taking of property under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358.

3.      The interest in property taken herein is under and in accordance with the authority set forth in Schedule "A."

4.      The public purpose for which said interest in property is taken is set forth in Schedule "B."

5.      The legal description and map or plat of land in which certain interests are being

acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:      *s/ N. Joseph Unruh*
**N. JOSEPH UNRUH**
Assistant United States Attorney
Southern District of Texas No. 1571957
Texas Bar No. 24075198
1701 W. Bus. Hwy. 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Neil.Unruh@usdoj.gov
Attorney-In-Charge for Plaintiff

and

By:    *s/ Chanmealea Thou*
       **CHANMEALEA THOU**
       Assistant United States Attorney
       Southern District of Texas No. 3596627
       California Bar No. 326469
       11204 McPherson Road, Suite 100A
       Laredo, Texas 78045
       Telephone: (956) 721-4977
       Facsimile: (956) 992-9425
       E-mail: Chanmealea.Thou2@usdoj.gov
       Attorney for the Plaintiff

# SCHEDULE

# A

## **SCHEDULE A**

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

<u>PUBLIC PURPOSE</u>

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

**<u>SCHEDULE C</u>**

<u>LEGAL DESCRIPTION</u>

Starr County, Texas

Tract:  RGV-RGC-8026
Owner:  Gloria Rodriguez, a/k/a Gloria Irene Rodriguez, *et al.*
Acres:  2.659

**Being** a 2.659 acre (115,820 square feet) parcel of land, more or less, being out of the Jose Salvador de la Garza Survey, Abstract No. 105, Starr County, Texas, being out of Porción 88, being out of a called 17 acre tract conveyed to Ignacio Gutierrez by Warranty Deed recorded in Volume 51, Page 8, Deed Records of Starr County, Texas and being out of a called 8.62 acre tract conveyed to Fortunato Elizondo and Romulo Garza by Certified Copy of Final Decree recorded in Volume 51, Page 225, Deed Records of Starr County, Texas (Share No. 25-A), said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "POC RGV-RGC-8026", said point being at the northwest corner of the 8.62 acre tract, said point being in the east line of the remainder of a called 1888.7 acre tract conveyed to Irene Sheerin, Individually and as Independent Executrix of the Estate of John J. Sheerin, Deceased, et al by Release of Lien recorded in Volume 97, Page 595, Deed Records of Starr County, Texas (Parcel I, First Tract) and being the same tract of land conveyed to Sheerin Real Properties, LTD. by Assumption Special Warranty Deed recorded in Volume 1349, Page 152, Official Records of Starr County, Texas (Tract I), said point being in the west line of Porción 88 and the east line of Porción 87, said point having the coordinates of N= 16640603.114, E=909480.671, said point bears N 22°05'20" W, a distance of 1120.34' from United States Army Corps of Engineers Control Point No. SS13-2019;

**Thence:** N 83°11'19" E (N 84°18'00" E, Record), departing the east line of the remainder of the 1888.7 acre tract and the east line of Porción 87, with the north line of the 8.62 acre tract, for a distance of 131.29' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8026-1" for the **Point of Beginning** and northwest corner of Tract RGV-RGC-8026, said point being in the north line of the 8.62 acre tract, said point having the coordinates of N=16640618.684, E=909611.030;

**Thence:** N 83°11'19" E (N 84°18'00" E, Record), continuing with the north line of the 8.62 acre tract, for a distance of 269.75' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8026-2" for the north corner of Tract RGV-RGC-8026, said point being in the north line of the 8.62 acre tract;

## SCHEDULE C (Cont.)

**Thence:** S 48°57'28" E, over and across the 8.62 acre tract, for a distance of 399.36' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8026-3" for the northeast corner of Tract RGV-RGC-8026, said point being in the east line of the 8.62 acre tract and the west line of a called 842.643 acre tract conveyed to the United States of America by Warranty Deed recorded in Volume 1015, Page 532, Official Records of Starr County, Texas "Tract (592)", said point being in the approximate centerline of River Road;

**Thence:** S 03°29'25" E (S 03°24'00" E, Record), with east line of the 8.62 acre tract, the west line of the 842.643 acre tract and the approximate centerline of River Road, for a distance of 220.03' to a point for the southeast corner of Tract RGV-RGC-8026, said point being at the southeast corner of the 8.62 acre tract and the northeast corner of a called 8.36 acre tract conveyed to Starr Produce Company by Warranty Deed with Vendor's Lien recorded in Volume 659, Page 121, Official Records of Starr County, Texas (Tract Three) and being the same tract of land conveyed to Sheerin Real Properties, LTD. (7/8 Undivided Interest) by Assumption Special Warranty Deed recorded in Volume 1349, Page 152, Official Records of Starr County, Texas (Tract III), said point being in the west line of the 842.643 acre tract and the approximate centerline of River Road;

**Thence:** S 85°29'53" W (S 84°18'00" W, Record), departing the west line of the 842.643 acre tract and the approximate centerline of River Road, with the south line of the 8.62 acre tract and the north line of the 8.36 acre tract, for a distance of 60.45' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8026-5=8027-2" for the south corner of Tract RGV-RGC-8026, said point being in the south line of the 8.62 acre tract and the north line of the 8.36 acre tract;

**Thence:** N 48°57'28" W, departing the north line of the 8.36 acre tract, over and across the 8.62 acre tract, for a distance of 692.34' to the **Point of Beginning.**

# SCHEDULE D

## SCHEDULE D

### MAP or PLAT



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)

(1)

IGNACIO GUTIERREZ
WARRANTY DEED
VOL. 51, PG. 8 DRSC

FORTUNATO ELIZONDO & ROMULDO GARZA
CALLED 8.62 ACRES
CERTIFIED COPY OF FINAL DECREE
VOL. 51, PG. 225 DRSC
(SHARE No. 25-A)

(2)

SHEERIN REAL PROPERTIES, LTD.
ASSUMPTION SPECIAL
WARRANTY DEED
VOL. 1349, PG. 152 ORSC
(TRACT I)

IRENE SHEERIN, INDIVIDUALLY
& AS INDEPENDENT EXECUTRIX
OF THE ESTATE OF
JOHN J. SHEERIN,
DECEASED, ET AL
CALLED 1888.7 ACRES
RELEASE OF LIEN
VOL. 97, PG. 595 DRSC
(PARCEL I, FIRST TRACT)

(3)

SHEERIN REAL PROPERTIES, LTD.
½ UNDIVIDED INTEREST
CALLED 8.36 ACRES
ASSUMPTION SPECIAL WARRANTY DEED
VOL. 1349, PG. 152 ORSC
(TRACT III)

STARR PRODUCE COMPANY
CALLED 8.36 ACRES
WARRANTY DEED W/ VENDOR'S LIEN
VOL. 659, PG. 121 ORSC
(TRACT THREE)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | N 22°05'20" W | 1120.34' | N/A | N/A |
| L2 | N 83°11'19" E | 131.29' | N 84°18'00" E | N/A |
| L3 | N 83°11'19" E | 269.75' | N 84°18'00" E | N/A |
| L4 | S 48°57'28" E | 399.36' | N/A | N/A |
| L5 | S 03°29'25" E | 220.03' | S 03°24'00" E | N/A |
| L6 | S 85°29'53" W | 60.45' | S 84°18'00" W | N/A |
| L7 | N 48°57'28" W | 692.34' | N/A | N/A |

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|--------------|----------|---------|---------------|
| 1 | 16640618.684 | 909611.030 | RGV-RGC-8026-1 |
| 2 | 16640650.676 | 909878.874 | RGV-RGC-8026-2 |
| 3 | 16640388.450 | 910180.082 | RGV-RGC-8026-3 |
| 4 | 16640168.827 | 910193.477 | RGV-RGC-8026-4=8027-3 |
| 5 | 16640164.082 | 910133.211 | RGV-RGC-8026-5=8027-4 |
| 6 | 16640603.114 | 909480.671 | POC RGV-RGC-8026 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.00004000 (E.G. GRID X 1.00004000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 08/20/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
8. THE NATURAL GAS PIPELINES SHOWN HEREON ARE APPROXIMATE AND ARE BASED ON GIS DATA.



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION NO. 10019800
7296 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

| | | |
|---|---|---|
| Drawing Ref. No. SHEET 5 OF 7 | **METES & BOUNDS SURVEY**<br>**UNKNOWN HEIRS OF IGNACIO GUTIERREZ**<br>**TRACT No. RGV-RGC-8026** | |
| | **STARR COUNTY    TEXAS** | |

| Mark | Description | Date | Appr | | BY | DATE |
|------|-------------|------|------|---|----|----|
| | | | | Drawn | LMK | 10/19 |
| | | | | Checked | LMK | 10/19 |
| | | | | Surveyor | JDB | 10/19 |
| | | | | Fld.Bk. # | 18888b-74-88 | |

CONTRACT NO. W91275-14-D-0013
T.O.: W91275-18-F-0139

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10103140



ENGINEERING, INC.
926 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2388
(FAX) 501-767-6659
(EMAIL) info@bnfeng.com





MDS PROJ. NO. 18-200-00    FILE NAME: RGV-RGC-8026    DATE: 10/25/2019

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



Tract:  RGV-RGC-8026
Owner:  Gloria Rodriguez, a/k/a Gloria Irene Rodriguez, *et al.*
Acreage:  2.659

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-8026
Owner:  Gloria Rodriguez, a/k/a Gloria Irene Rodriguez*, et al.*
Acres:  2.659

      The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

      Reserving to the owners of the lands identified in conveyances recorded in Volume 51, Page 8; Volume 51, Page 225; Volume 774, Page 750; and Volume 1356, Page 737 in the Deed Records of Starr County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

      Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

**SCHEDULE E (Cont.)**



# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is TWELVE THOUSAND, FIVE HUNDRED AND FORTY-TWO DOLLARS AND NO/100 ($12,542.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| Gloria Rodriguez, a/k/a Gloria Irene Rodriguez ▮▮▮▮ Austin, Texas ▮▮▮ | Claim of Adverse Possession evidenced by Affidavit of Adverse Possession in favor of Medardo Rodriguez, Sr. and Josefa T. Rodriguez dated February 13, 1997, recorded in SCOR on February 14, 1997, at Book 773, Page 381 as Document No. 1997-189683; |
| Alejandro Eloy Rodriguez ▮▮▮▮ Kyle, Texas ▮▮▮ | Deed of Gift from Medardo Rodriguez, Sr. and Josefa T. Rodriguez to Medardo Rodriguez, Jr., Orlando Rodriguez, Armando Rodriguez and Minerva Martinez dated February 14, 1997, recorded in SCOR on March 4, 1997 at Vol. 774, Page 750 as Document No. 1997-189976; |
| Aaron Gabriel Rodriguez ▮▮▮▮ Austin, Texas ▮▮▮ | |
| Orlando Rodriguez ▮▮▮▮ McAllen, Texas ▮▮▮ | |
| Armando Rodriguez ▮▮▮▮ Mission, Texas ▮▮▮ | General Warranty Deed of Gift from Gloria Irene Rodriguez, Alejandro Eloy Rodriguez, Aaron Gabriel Rodriguez, Orlando Rodriguez, Armando Rodriguez and Minerva Martinez to Gloria Rodriguez dated June 16, 2012, recorded in SCOR on August 31, 2012 at Vol. 1356, Page 737 as Document No. 2012-306772 |
| Minerva Martinez ▮▮▮▮ Garciasville, Texas ▮▮▮ | |
| Gloria R. Campos ▮▮▮▮ Garciasville, TX ▮▮▮ | |
| Unknown Heirs of Romulo Garza | Partition Decree issued by the 79th Judicial District Court, Starr County, Texas; April 21, 1925, Case No. 1050; Recorded on May 18,1925; Document No. 1925-001050; Book 51, Page 225 |

| | Starr County, Texas, Official Deed Records |
|---|---|
| Unknown Heirs of Ignacio Gutierrez | Warranty Deed;<br>Recorded on April 3, 1925;<br>Book 51. Page 8.<br>Starr County, Texas, Official Deed Records |
| Ameida Salinas<br>Starr County Tax Assessor-Collector<br>100 N. FM 3167, Suite 201<br>Rio Grande City, Texas  78582 | Property Taxes |

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a)  PLAINTIFFS

United States of America

**(b)**   County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)**   Attorneys *(Firm Name, Address, and Telephone Number)*
N. Joseph Unruh, United States Attorney's Office, Southern District of Texas, 1701 West Bus. Hwy. 83, Ste. 600, McAllen, TX  78501

**DEFENDANTS**
2.659 Acres of Land, More of Less, Situate in Starr County, State of Texas; and Gloria Rodriguez a/k/a Gloria Irene Rodriguez, et. al.

County of Residence of First Listed Defendant    Travis
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
Plaintiff

☐ 2   U.S. Government
Defendant

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                            *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| | Medical Malpractice | | Leave Act | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ☒ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V.  ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original
Proceeding

☐ 2   Removed from
State Court

☐ 3   Remanded from
Appellate Court

☐ 4   Reinstated or
Reopened

☐ 5   Transferred from
Another District
*(specify)*

☐ 6   Multidistrict
Litigation -
Transfer

☐ 8   Multidistrict
Litigation -
Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
40 U.S.C. 3113 and 3114

Brief description of cause:
Land condemnation proceeding for fee simple interest to construct, install, operate, and maintain border security

## VII.  REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☒ No

## VIII.  RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE

DOCKET NUMBER

DATE
01/07/2021

SIGNATURE OF ATTORNEY OF RECORD
/s/ N. Joseph Unruh

**FOR OFFICE USE ONLY**

RECEIPT #                AMOUNT                 APPLYING IFP                 JUDGE                 MAG. JUDGE