# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-8026
Owner:  Gloria Rodriguez, a/k/a Gloria Irene Rodriguez, *et al.*
Acres:  2.659

**Being** a 2.659 acre (115,820 square feet) parcel of land, more or less, being out of the Jose Salvador de la Garza Survey, Abstract No. 105, Starr County, Texas, being out of Porción 88, being out of a called 17 acre tract conveyed to Ignacio Gutierrez by Warranty Deed recorded in Volume 51, Page 8, Deed Records of Starr County, Texas and being out of a called 8.62 acre tract conveyed to Fortunato Elizondo and Romulo Garza by Certified Copy of Final Decree recorded in Volume 51, Page 225, Deed Records of Starr County, Texas (Share No. 25-A), said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "POC RGV-RGC-8026", said point being at the northwest corner of the 8.62 acre tract, said point being in the east line of the remainder of a called 1888.7 acre tract conveyed to Irene Sheerin, Individually and as Independent Executrix of the Estate of John J. Sheerin, Deceased, et al by Release of Lien recorded in Volume 97, Page 595, Deed Records of Starr County, Texas (Parcel I, First Tract) and being the same tract of land conveyed to Sheerin Real Properties, LTD. by Assumption Special Warranty Deed recorded in Volume 1349, Page 152, Official Records of Starr County, Texas (Tract I), said point being in the west line of Porción 88 and the east line of Porción 87, said point having the coordinates of N= 16640603.114, E=909480.671, said point bears N 22°05'20" W, a distance of 1120.34' from United States Army Corps of Engineers Control Point No. SS13-2019;

**Thence:** N 83°11'19" E (N 84°18'00" E, Record), departing the east line of the remainder of the 1888.7 acre tract and the east line of Porción 87, with the north line of the 8.62 acre tract, for a distance of 131.29' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8026-1" for the **Point of Beginning** and northwest corner of Tract RGV-RGC-8026, said point being in the north line of the 8.62 acre tract, said point having the coordinates of N=16640618.684, E=909611.030;

**Thence:** N 83°11'19" E (N 84°18'00" E, Record), continuing with the north line of the 8.62 acre tract, for a distance of 269.75' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8026-2" for the north corner of Tract RGV-RGC-8026, said point being in the north line of the 8.62 acre tract;

## SCHEDULE C (Cont.)

**Thence:** S 48°57'28" E, over and across the 8.62 acre tract, for a distance of 399.36' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8026-3" for the northeast corner of Tract RGV-RGC-8026, said point being in the east line of the 8.62 acre tract and the west line of a called 842.643 acre tract conveyed to the United States of America by Warranty Deed recorded in Volume 1015, Page 532, Official Records of Starr County, Texas "Tract (592)", said point being in the approximate centerline of River Road;

**Thence:** S 03°29'25" E (S 03°24'00" E, Record), with east line of the 8.62 acre tract, the west line of the 842.643 acre tract and the approximate centerline of River Road, for a distance of 220.03' to a point for the southeast corner of Tract RGV-RGC-8026, said point being at the southeast corner of the 8.62 acre tract and the northeast corner of a called 8.36 acre tract conveyed to Starr Produce Company by Warranty Deed with Vendor's Lien recorded in Volume 659, Page 121, Official Records of Starr County, Texas (Tract Three) and being the same tract of land conveyed to Sheerin Real Properties, LTD. (7/8 Undivided Interest) by Assumption Special Warranty Deed recorded in Volume 1349, Page 152, Official Records of Starr County, Texas (Tract III), said point being in the west line of the 842.643 acre tract and the approximate centerline of River Road;

**Thence:** S 85°29'53" W (S 84°18'00" W, Record), departing the west line of the 842.643 acre tract and the approximate centerline of River Road, with the south line of the 8.62 acre tract and the north line of the 8.36 acre tract, for a distance of 60.45' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8026-5=8027-2" for the south corner of Tract RGV-RGC-8026, said point being in the south line of the 8.62 acre tract and the north line of the 8.36 acre tract;

**Thence:** N 48°57'28" W, departing the north line of the 8.36 acre tract, over and across the 8.62 acre tract, for a distance of 692.34' to the **Point of Beginning.**

# SCHEDULE D

## SCHEDULE D

### MAP or PLAT



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)

**(1)**

IGNACIO GUTIERREZ
WARRANTY DEED
VOL. 51, PG. 8 DRSC

FORTUNATO ELIZONDO & ROMULDO GARZA
CALLED 8.62 ACRES
CERTIFIED COPY OF FINAL DECREE
VOL. 51, PG. 225 DRSC
(SHARE No. 25-A)

**(2)**

SHEERIN REAL PROPERTIES, LTD.
ASSUMPTION SPECIAL
WARRANTY DEED
VOL. 1349, PG. 152 ORSC
(TRACT I)

IRENE SHEERIN, INDIVIDUALLY
& AS INDEPENDENT EXECUTRIX
OF THE ESTATE OF
JOHN J. SHEERIN,
DECEASED, ET AL
CALLED 1888.7 ACRES
RELEASE OF LIEN
VOL. 97, PG. 595 ORSC
(PARCEL I, FIRST TRACT)

**(3)**

SHEERIN REAL PROPERTIES, LTD.
⅙ UNDIVIDED INTEREST
CALLED 8.36 ACRES
ASSUMPTION SPECIAL WARRANTY DEED
VOL. 1349, PG. 152 ORSC
(TRACT III)

STARR PRODUCE COMPANY
CALLED 8.36 ACRES
WARRANTY DEED W/ VENDOR'S LIEN
VOL. 659, PG. 121 ORSC
(TRACT THREE)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | N 22°05'20" W | 1120.34' | N/A | N/A |
| L2 | N 83°11'19" E | 131.29' | N 84°18'00" E | N/A |
| L3 | N 83°11'19" E | 269.75' | N 84°18'00" E | N/A |
| L4 | S 48°57'28" E | 399.36' | N/A | N/A |
| L5 | S 03°29'25" E | 220.03' | S 03°24'00" E | N/A |
| L6 | S 85°29'53" W | 60.45' | S 84°18'00" W | N/A |
| L7 | N 48°57'28" W | 692.34' | N/A | N/A |

### COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|--------------|----------|---------|---------------|
| 1 | 16640618.684 | 909611.030 | RGV-RGC-8026-1 |
| 2 | 16640650.676 | 909878.874 | RGV-RGC-8026-2 |
| 3 | 16640388.450 | 910180.082 | RGV-RGC-8026-3 |
| 4 | 16640168.827 | 910193.477 | RGV-RGC-8026-4=8027-3 |
| 5 | 16640164.082 | 910133.211 | RGV-RGC-8026-5=8027-4 |
| 6 | 16640603.114 | 909480.671 | POC RGV-RGC-8026 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE
   COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE
   CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE
   CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.00040000
   (E.G. GRID X 1.00040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY
   PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE
   RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT
   BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 08/20/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A
   SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S
   REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
8. THE NATURAL GAS PIPELINES SHOWN HEREON ARE APPROXIMATE AND ARE BASED ON GIS DATA.



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019800
7296 SIDNEY BAKER + KERRVILLE, TX 78028 + 830-816-1616

| | | |
|---|---|---|
| **METES & BOUNDS SURVEY** | Drawing Ref. No. SHEET 5 OF 7 | |
| **UNKNOWN HEIRS OF IGNACIO GUTIERREZ** | | |
| **TRACT No. RGV-RGC-8026** | | |
| **STARR COUNTY          TEXAS** | | |

| Mark | Description | Date | Appr. | | BY | DATE |
|------|-------------|------|-------|---|----|------|
| | | | | Drawn | LMK | 10/19 |
| | | | | Checked | LMK | 10/19 |
| | | | | Surveyor | JDB | 10/19 |
| | | | | Fld.Bk. # | 188886-74-86 | |

CONTRACT No. W91275-14-D-0013
T.O.: W91275-18-F-0139

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10103443



**ENGINEERING, INC.**
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6659
(EMAIL) info@bnfeng.com





US Army Corps of Engineers

MDS PROJ. NO. 18-200-00          FILE NAME: RGV-RGC-8026          DATE: 10/25/2019

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



Tract:  RGV-RGC-8026
Owner:  Gloria Rodriguez, a/k/a Gloria Irene Rodriguez, *et al.*
Acreage:  2.659

# SCHEDULE E

## **SCHEDULE E**

## ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-8026
Owner:  Gloria Rodriguez, a/k/a Gloria Irene Rodriguez*, et al.*
Acres:  2.659

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in conveyances recorded in Volume 51, Page 8; Volume 51, Page 225; Volume 774, Page 750; and Volume 1356, Page 737 in the Deed Records of Starr County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

## SCHEDULE E (Cont.)



# SCHEDULE F

**<u>SCHEDULE F</u>**

<u>ESTIMATE OF JUST COMPENSATION</u>

The sum estimated as just compensation for the land being taken is TWELVE THOUSAND, FIVE HUNDRED AND FORTY-TWO DOLLARS AND NO/100 ($12,542.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

**INTERESTED PARTIES**

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
| --- | --- |
| Gloria Rodriguez, a/k/a Gloria Irene Rodriguez ███████ Austin, Texas ████ | Claim of Adverse Possession evidenced by Affidavit of Adverse Possession in favor of Medardo Rodriguez, Sr. and Josefa T. Rodriguez dated February 13, 1997, recorded in SCOR on February 14, 1997, at Book 773, Page 381 as Document No. 1997-189683;

Deed of Gift from Medardo Rodriguez, Sr. and Josefa T. Rodriguez to Medardo Rodriguez, Jr., Orlando Rodriguez, Armando Rodriguez and Minerva Martinez dated February 14, 1997, recorded in SCOR on March 4, 1997 at Vol. 774, Page 750 as Document No. 1997-189976;

General Warranty Deed of Gift from Gloria Irene Rodriguez, Alejandro Eloy Rodriguez, Aaron Gabriel Rodriguez, Orlando Rodriguez, Armando Rodriguez and Minerva Martinez to Gloria Rodriguez dated June 16, 2012, recorded in SCOR on August 31, 2012 at Vol. 1356, Page 737 as Document No. 2012-306772 |
| Alejandro Eloy Rodriguez ███████ Kyle, Texas ███ | |
| Aaron Gabriel Rodriguez ███████ Austin, Texas ████ | |
| Orlando Rodriguez ███████ McAllen, Texas ███ | |
| Armando Rodriguez ████████ Mission, Texas ██████ | |
| Minerva Martinez ███████ Garciasville, Texas ████ | |
| Gloria R. Campos ███████ Garciasville, TX ███ | |
| Unknown Heirs of Romulo Garza | Partition Decree issued by the 79th Judicial District Court, Starr County, Texas; April 21, 1925, Case No. 1050; Recorded on May 18,1925; Document No. 1925-001050; Book 51, Page 225 |

| | Starr County, Texas, Official Deed Records |
|---|---|
| Unknown Heirs of Ignacio Gutierrez | Warranty Deed;<br>Recorded on April 3, 1925;<br>Book 51. Page 8.<br>Starr County, Texas, Official Deed Records |
| Ameida Salinas<br>Starr County Tax Assessor-Collector<br>100 N. FM 3167, Suite 201<br>Rio Grande City, Texas  78582 | Property Taxes |